IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA J. COVEY-HINZO, et al.,

    Plaintiffs,

  v.

ASBESTOS DEFENDANTS, et al.,

    Defendants.

No. C 15-00241 WHA

**REQUEST RE MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

    Plaintiffs began this wrongful-death action regarding asbestos in December 2014, in San Francisco Superior Court. It was subsequently removed to federal court in January 2015. It was then reassigned to the undersigned judge on January 27. Some defendants have appeared and filed answers. Now, plaintiffs move for leave to file a first amended complaint. Plaintiffs' counsel represented that six defendants have no objection to the proposed amendment, two defendants have not communicated an objection or agreement, and counsel for one defendant could not be reached (Morton Decl. ¶¶ 12–14).

    By **FEBRUARY 17**, plaintiffs shall please file a sworn declaration, appending a redline highlighting the proposed changes.

    Defendants shall please file any statements of non-opposition by **FEBRUARY 23 AT NOON**, otherwise opposition briefs are due by **FEBRUARY 27**.

Dated: February 13, 2015.



WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE