IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA J. COVEY-HINZO, et al.,

    Plaintiffs,

  v.

ASBESTOS DEFENDANTS, et al.,

    Defendants.

No. C 15-00241 WHA

**ORDER TO SHOW CAUSE RE CONSOLIDATION**

    Plaintiffs began a wrongful-death action regarding asbestos in December 2014, in San Francisco Superior Court. On January 16, 2015, defendant Ingersoll Rand Company removed to federal court (Case No. 15-241). Four days later, defendant Crane Co. filed a notice of removal (Case No. 15-274). On February 23, Crane filed a notice of pendency of Case No. 15-241, urging consolidation of Case No. 15-241 and Case No. 15-274.

    The parties have until **MARCH 2 AT NOON**, to show cause why Case No. 15-241 and Case No. 15-274 should not be related and consolidated for all purposes pursuant to Civil Local Rule 3-12(a) and FRCP 42. Case No. 15-241 would be the lead case. All subsequent filings would be made only in the lead case and Case No. 15-274 would be administratively closed. This order notes that Case No. 15-274 was reassigned to the undersigned judge on February 24, so all motions filed in Case No. 15-274 (and not filed in Case No. 15-241) would need to be re-noticed (and filed in the lead case).

**IT IS SO ORDERED.**

Dated: February 25, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE