IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA J. COVEY-HINZO, et al., | |
| Plaintiffs, | No. C 15-00241 WHA (Lead Case) |
| v. | No. C 15-00274 WHA (Consolidated Case) |
| ASBESTOS DEFENDANTS, et al., | **ORDER CONSOLIDATING CASES** |
| Defendants. | |

Both Case No. 15-241 and Case No. 15-274 arise from removal of the same complaint. Pursuant to Rule 42, Case No. 15-241 and Case No. 15-274 are **HEREBY RELATED AND CONSOLIDATED**. Case No. 15-241 shall be the **LEAD CASE**. Case No. 15-274 is **ADMINISTRATIVELY CLOSED**. All subsequent filings must be made in the lead case only.

**IT IS SO ORDERED.**

Dated: March 3, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE