IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA J. COVEY-HINZO, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ASBESTOS DEFENDANTS, et al.,<br><br>　　　　Defendants.<br>──────────────────────── / | No. C 15-00241 WHA (Lead Case)<br>No. C 15-00274 WHA (Consolidated Case)<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND VACATING MOTION HEARING** |

　　　In this wrongful-death action involving asbestos, plaintiffs filed an unopposed motion for leave to file a first amended complaint. No one has filed an opposition to the motion even though the deadline for filing an opposition has elapsed. Many defendants have filed statements of non-opposition (Case No. 15-241, Dkt. Nos. 32, 34–38, 41, 43, 53, 60; Case No. 15-274, Dkt. Nos. 45–50, 52). Indeed, six defendants stated "no objection" to the proposed amendment before plaintiffs filed the instant motion (Morton Decl. ¶ 12). Since plaintiffs' motion is unopposed, leave is granted when justice so requires under Rule 15(a), and the initial case management conference is scheduled for March 26, the motion is hereby **GRANTED**. The motion hearing at 8:00 a.m. is hereby **VACATED**. The initial case management conference is hereby moved to **11:00 A.M. ON MARCH 26**. A joint case management statement is due by **MARCH 19 AT NOON**.

　　　**IT IS SO ORDERED.**

Dated: March 3, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE