1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   PATRICIA J. COVEY-HINZO, et al.,
                                              No. C 15-00241 WHA (Lead Case)
11                  Plaintiffs,               No. C 15-00274 WHA (Consolidated Case)

12      v.

13   ASBESTOS DEFENDANTS, et al.,             **ORDER GRANTING STIPULATION TO
                                              DISMISS TRIPLE A MACHINE SHOP, INC.**
14                  Defendants.

15   _____/

16          Plaintiffs and Triple A Machine Shop, Inc. have filed a stipulation to dismiss Triple A

17   Machine Shop, Inc. without prejudice under Rule 41(a).  Triple A Machine Shop, Inc. is hereby

18   **DISMISSED**.

19

20          **IT IS SO ORDERED.**

21

22   Dated:   March 27, 2015.

23                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
24

25

26

27

28

**United States District Court**
For the Northern District of California