United States District Court
Northern District of California

1
2
3
4                        UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    PATRICIA J. CONVEY-HINZO, et al.,        Case No.  15-cv-00241-WHA   (JSC)

              Plaintiffs.
8

9              v.                              **ORDER RE: SETTLEMENT STATUS**

10   ASBESTOS DEFENDANTS, et al.,

              Defendants.
11

12

13          This action has been referred to Magistrate Judge Jacqueline Scott Corley for settlement

14   purposes.  The remaining parties in this case are ordered to do the following:

15          1.      Plaintiff(s) shall make a demand in writing for settlement to each defendant on or

16   before **June 5, 2015.**  If Plaintiff has already done so, Plaintiff shall reiterate his/her demand or

17   make a new demand.

18          2.      Each defendant shall respond in writing to Plaintiff's demand within two weeks of

19   receipt of the demand.

20          3.      Following the exchange of offers and counteroffers, the parties shall negotiate in a

21   good faith attempt to resolve the claims without further court intervention.

22          4.      If the case is not resolved by the negotiations, each party shall prepare Settlement

23   Conference Statements which must be LODGED with Judge Corley's Chambers (NOT

24   electronically filed) on or before **June 26, 2015.**  Please 3-hole punch the document at the left

25   side. Each party shall also submit their Settlement Conference Statement in .pdf format and email

26   their statement to JSCPO@cand.uscourts.gov.

27   5.      Upon the Court's review of the Statements, the Court will contact the parties regarding a

28   date for an in-person settlement conference.

United States District Court
Northern District of California

1    **IT IS SO ORDERED.**

2    Dated: May 22, 2015

3    _____

4    JACQUELINE SCOTT CORLEY
     United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2