IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA J. COVEY-HINZO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASBESTOS DEFENDANTS, et al.,<br><br>    Defendants. | No. C 15-00241 WHA (Lead Case)<br>No. C 15-00274 WHA (Consolidated Case)<br><br>**ORDER GRANTING STIPULATION TO DISMISS OWENS-ILLINOIS, INC.** |

    Plaintiffs and Owen-Illinois, Inc., have filed a stipulation to dismiss Owens-Illinois, Inc., without prejudice under Rule 41(a). Owens-Illinois, Inc., is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Dated: July 6, 2015.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE