AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

PATRICIA J. COVEY-HINZO, Individually and as successor in interest to GILBERT E. HINZO, Deceased, ALEX HINZO, an Individual, and FELICIA WATSON, an individual,

Plaintiff(s),

V.

ASBESTOS DEFENDANTS, et al.

Defendant(s).

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

CASE NUMBER: 3:15-cv-00241-LB

Notice is hereby given that, subject to approval by the court, __ITT CORPORATION__ substitutes (Party(s) Name)

JOSEPH DUFFY /AMY TALARICO/ MICHAEL Q. EAGAN, JR., State Bar No. 241864/ 209112/275823 as counsel of record in
(Name of New Attorney)

place of KENNETH B. PRINDLE /CARLA LYNN CROCHET/JEREMY D. MILBRODT, of PRINDLE, AMARO, GOETZ, HILLYARD & REINHOLTZ, LLP, 310 Gold Shore Parkway, Fourth Floor, Long Beach, California 90802
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: MORGAN, LEWIS & BOCKIUS LLP

Address: ONE MARKET, SPEAR STREET TOWER, SAN FRANCISCO, CA 94105

Telephone: (415) 442-1000      Facsimile (415) 442-1001

E-Mail (Optional): jduffy@morganlewis.com; atalarico@morganlewis.com; meagan@morganlewis.com

I consent to the above substitution.

Date: June 24, 2015

LOREE SHELKO
(Signature of Party(s))

I consent to being substituted.

Date: June 24, 2015

JEREMY D. MILBRODT
(Signature of Former Attorney(s))

I consent to the above substitution.

Date: June 23, 2015

MICHAEL Q. EAGAN, JR.
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 6, 2015.

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]