UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICIA J. CONVEY-HINZO, et al.,

Plaintiffs.

v.

ASBESTOS DEFENDANTS, et al.,

Defendants.

Case No. 15-cv-00241-WHA   (JCS)

**ORDER RE: SETTLEMENT STATUS**

IT IS HEREBY ORDERED THAT:

1. A telephonic settlement conference with Plaintiff's counsel only is set for **November 19, 2015, at 9:00 AM.** The Court will initiate the phone contact. Plaintiffs' counsel shall report to the Court at that conference on the status of settlement efforts and discovery.

2. All parties shall meet and confer and submit to the Court, on or before **November 12, 2015,** proposed groupings of defendants for a settlement conference. There may be no more than three (3) groups.

**IT IS SO ORDERED.**

Dated: October 21, 2015

JOSEPH C. SPERO
Chief Magistrate Judge