MICHELE C. BARNES (SBN 187239)
michele.barnes@klgates.com
PETER E. SOSKIN (SBN 280347)
peter.soskin@klgates.com
K&L GATES LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

Attorneys for Defendant
CRANE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA J. COVEY-HINZO, individually and as successor in interest to GILBERT E. HINZO, Deceased, ALEX HINZO, an individual, and FELICIA WATSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS DEFENDANTS et al.<br><br>Defendants | Case No. C 15-00241 WHA (Lead Case)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT REPORT DEADLINES** |

WHEREAS, the Court's March 27, 2015 Scheduling Order provides for a briefing schedule on expert reports as follows:

1. The last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof ("opening reports") shall be DECEMBER 18, 2015.

2. Within **FOURTEEN CALENDAR DAYS** of said deadline, all other parties must disclose any expert reports on the same issue ("opposition reports")

3. Within **SEVEN CALENDAR DAYS** thereafter, the party with the burden of proof must

---

1
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT REPORT DEADLINES;
Case No. C 15-00241 WHA

1 | disclose any reply reports rebutting specific material in opposition reports ("rebuttal reports").

2 |     4.    The cutoff for all expert discovery shall be FOURTEEN CALENDAR DAYS after
3 | the deadline for reply reports.

4 |     WHEREAS, pursuant to the Court's March 27, 2015 scheduling order, non-expert discovery
5 | closes on December 18, 2015;

6 |     WHEREAS, Plaintiffs first identified the only known witness with information about
7 | Decedent's work history on November 12, 2015;

8 |     WHEREAS, the deposition of this witness has been noticed for December 8, 2015;

9 |     WHEREAS, the parties have agreed that the late timing of the disclosures of the only
10 | potential product identification witness will make it impracticable for the parties to adhere to the
11 | Court's expert report deadlines.

12 |     IT IS HEREBY STIPULATED AND AGREED that the deadline for designation of expert
13 | testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party
14 | has the burden of proof ("opening reports") shall be continued to January 7, 2015. All other
15 | deadlines in the Court's scheduling order shall remain in place.

**K&L Gates LLP**

Dated: November 25, 2015    By:  /s/ Peter E. Soskin
    Peter E. Soskin
    Attorneys for Defendant Crane Co.

**Hugo Parker LLP**

Dated: November 25, 2015    By:  /s/ Lisa Rickenbacher
    Lisa Rickenbacher
    Attorneys for Defendant General Dynamics
    Corporation

**Armstrong & Associates, LLP**

Dated: November 25, 2015    By:  /s/ William Armstrong
    William Armstrong
    Attorneys for Defendant
    Crown Cork & Seal Company, Inc. and
    Crown Holdings, Inc.

**Nixon & Peabody LLP**

Dated: November 25, 2015         By:   /s/ Lauren Michals
                                       Lauren Michals
                                       Attorneys for Defendant
                                       Harsco Corporation

**Leader & Berkon LLP**

Dated: November 25, 2015         By:   /s/ Bobbie Rae Bailey
                                       Bobbie Rae Bailey
                                       Attorneys for Defendant
                                       IMO Industries, Inc.

**Prindle, Amaro, Goetz, Hillyard,**
**Barnes & Reinholz LLP**

Dated: November 25, 2015         By:   /s/ Carla Lynn Crochet
                                       Carla Lynn Crochet
                                       Attorneys for Defendants
                                       Ingersoll Rand Company and
                                       Syd Carpenter, Marine Contractor, Inc.

**Morgan Lewis & Bockius LLP**

Dated: November 25, 2015         By:   /s/ Joseph Duffy
                                       Joseph Duffy
                                       Attorneys for Defendant
                                       ITT Corporation

**McKenna, Long & Aldridge**

Dated: November 25, 2015         By:   /s/ Lisa Oberg
                                       Lisa Oberg
                                       Attorneys for Defendant
                                       Metalclad Insulation LLC

**Steptoe and Johnson LLP**

Dated: November 25, 2015         By:   /s/ Lisa Marie Dowling
                                       Lisa Marie Dowling
                                       Attorneys for Defendant
                                       Metropolitan Life Insurance Company

|   |   |   |
|---|---|---|
|   | **The Davis Law Firm** |   |
| Dated: November 25, 2015 | By: | /s/ Whitney Davis |
|   |   | Whitney Davis |
|   |   | Attorneys for Defendant |
|   |   | Viad Corporation |

**Tucker Ellis LLP**

Dated: November 25, 2015    By:    /s/ James Cunningham
                                   James Cunningham
                                   Attorneys for Defendant
                                   Warren Pumps, LLC

**Pond North LLP**

Dated: November 25, 2015    By:    /s/ Frank Pond
                                   Frank Pond
                                   Attorneys for Defendants
                                   CBS Corporation, a Delaware corporation
                                   f/k/a/ Viacom, Inc., successor by merger to
                                   CBS Corporation, a Pennsylvania
                                   corporation, f/k/a Westinghouse Electric
                                   Corporation; and FMC Corporation on behalf
                                   of its former Northern Pump business

**Heard Robins Cloud LLP**

Dated: November 25, 2015    By:    /s/ Sara Morton
                                   Sara Morton
                                   Attorneys for Plaintiffs

1  **PURSUANT TO STIPULATION**, the deadline for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof ("opening reports") shall be continued to January 7, 2015.  All other deadlines in this Court's scheduling order shall remain in place.

**IT IS SO ORDERED**.

Dated: November 30, 2015.

_____
Honorable William Alsup
Judge, United States District Court
Northern District of California