MICHELE C. BARNES (SBN 187239)
michele.barnes@klgates.com
PETER E. SOSKIN (SBN 280347)
peter.soskin@klgates.com
K&L GATES LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

Attorneys for Defendant
CRANE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA J. COVEY-HINZO, individually and as successor in interest to GILBERT E. HINZO, Deceased, ALEX HINZO, an individual, and FELICIA WATSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS DEFENDANTS et al.<br><br>Defendants | Case No. C 15-00241 WHA (Lead Case)<br><br>**AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT REPORT DEADLINES** |

WHEREAS, the Court's March 27, 2015 Scheduling Order provides for a briefing schedule on expert reports as follows:

    1.    The last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof ("opening reports") shall be DECEMBER 18, 2015.

    2.    Within **FOURTEEN CALENDAR DAYS** of said deadline, all other parties must disclose any expert reports on the same issue ("opposition reports")

    3.    Within **SEVEN CALENDAR DAYS** thereafter, the party with the burden of proof must

disclose any reply reports rebutting specific material in opposition reports ("rebuttal reports").

4. The cutoff for all expert discovery shall be FOURTEEN CALENDAR DAYS after the deadline for reply reports.

WHEREAS, pursuant to the Court's March 27, 2015 scheduling order, non-expert discovery closes on December 18, 2015;

WHEREAS, Plaintiffs first identified the only known witness with information about Decedent's work history on November 12, 2015;

WHEREAS, the deposition of this witness has been noticed for December 8, 2015;

WHEREAS, the parties have agreed that the late timing of the disclosures of the only potential product identification witness will make it impracticable for the parties to adhere to the Court's expert report deadlines.

WHEREAS on November 30, 2015 this Court entered an Order based on a Stipulation that incorrectly called for the expert report deadlines to be continued to January 7, 2015 rather than 2016.

WHEREAS with the exception of the corrected date for the expert report deadlines, this Stipulation and Proposed Order is substantively the same as that filed with this Court on November 25, 2015.

IT IS HEREBY STIPULATED AND AGREED that the deadline for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof ("opening reports") shall be continued to January 7, 2016. All other deadlines in the Court's scheduling order shall remain in place.

///
///
///
///
///
///
///
///

|     |     |     |     |
| --- | --- | --- | --- |
|     |     |     | **K&L Gates LLP** |
| Dated: November 30, 2015 |     | By: | /s/ Peter E. Soskin |
|     |     |     | Peter E. Soskin |
|     |     |     | Attorneys for Defendant Crane Co. |
|     |     |     | **Hugo Parker LLP** |
| Dated: November 30, 2015 |     | By: | /s/ Lisa Rickenbacher |
|     |     |     | Lisa Rickenbacher |
|     |     |     | Attorneys for Defendant General Dynamics Corporation |
|     |     |     | **Armstrong & Associates, LLP** |
| Dated: November 30, 2015 |     | By: | /s/ William Armstrong |
|     |     |     | William Armstrong |
|     |     |     | Attorneys for Defendant Crown Cork & Seal Company, Inc. and Crown Holdings, Inc. |
|     |     |     | **Nixon & Peabody LLP** |
| Dated: November 30, 2015 |     | By: | /s/ Lauren Michals |
|     |     |     | Lauren Michals |
|     |     |     | Attorneys for Defendant Harsco Corporation |
|     |     |     | **Leader & Berkon LLP** |
| Dated: November 30, 2015 |     | By: | /s/ Bobbie Rae Bailey |
|     |     |     | Bobbie Rae Bailey |
|     |     |     | Attorneys for Defendant IMO Industries, Inc. |
|     |     |     | **Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholz LLP** |
| Dated: November 30, 2015 |     | By: | /s/ Carla Lynn Crochet |
|     |     |     | Carla Lynn Crochet |
|     |     |     | Attorneys for Defendants Ingersoll Rand Company and Syd Carpenter, Marine Contractor, Inc. |

**Morgan Lewis & Bockius LLP**

Dated: November 30, 2015    By:   /s/ Joseph Duffy
                                  Joseph Duffy
                                  Attorneys for Defendant
                                  ITT Corporation

**McKenna, Long & Aldridge**

Dated: November 30, 2015    By:   /s/ Lisa Oberg
                                  Lisa Oberg
                                  Attorneys for Defendant
                                  Metalclad Insulation LLC

**Steptoe and Johnson LLP**

Dated: November 30, 2015    By:   /s/ Lisa Marie Dowling
                                  Lisa Marie Dowling
                                  Attorneys for Defendant
                                  Metropolitan Life Insurance Company

**The Davis Law Firm**

Dated: November 30, 2015    By:   /s/ Whitney Davis
                                  Whitney Davis
                                  Attorneys for Defendant
                                  Viad Corporation

**Tucker Ellis LLP**

Dated: November 30, 2015    By:   /s/ James Cunningham
                                  James Cunningham
                                  Attorneys for Defendant
                                  Warren Pumps, LLC

**Pond North LLP**

Dated: November 30, 2015    By:   /s/ Frank Pond
                                  Frank Pond
                                  Attorneys for Defendants
                                  CBS Corporation, a Delaware corporation
                                  f/k/a/ Viacom, Inc., successor by merger to
                                  CBS Corporation, a Pennsylvania
                                  corporation, f/k/a Westinghouse Electric
                                  Corporation; and FMC Corporation on behalf
                                  of its former Northern Pump business

**Heard Robins Cloud LLP**

Dated: November 30, 2015            By:   /s/ Sara Morton
                                          Sara Morton
                                          Attorneys for Plaintiffs

**PURSUANT TO STIPULATION**, the deadline for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof ("opening reports") shall be continued to January 7, 2016. All other deadlines in this Court's scheduling order shall remain in place.

**IT IS SO ORDERED.**

Dated: November 30, 2015.

_____
Honorable William Alsup
Judge, United States District Court
Northern District of California