IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA J. COVEY-HINZO, *et al.*,

    Plaintiffs,

  v.

ASBESTOS DEFENDANTS, *et al.*,

    Defendants.

No. C 15-00241 WHA

**ORDER DENYING REQUEST TO EXTEND DEADLINES RELATING TO EXPERT DISCOVERY AND DISPOSITIVE MOTIONS**

    The deadline to complete and serve expert reports is **JANUARY 7**. The parties have filed a joint stipulation requesting an extension to all deadlines relating to expert discovery and dispositive motions due to delays in the exchange of certain medical evidence. The proposed schedule sets the deadline to file dispositive motions as **FEBRUARY 29**, with such motions to be heard on **APRIL 4**. The undersigned judge holds his civil law and motion calendar on Thursdays, so any motion filed on **FEBRUARY 29** would not be heard until **APRIL 7** — one day after the final pretrial conference. The parties' request is therefore **DENIED**. This is without prejudice to a stipulated request that sets the deadline to file dispositive motions no later than **FEBRUARY 25**, to be heard on **MARCH 31**.

Dated: January 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE