IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA J. COVEY-HINZO, individual and as successor-in-interest to Gilbert E. Hinzo, Deceased, ALEX HINZO, an individual, and FELICIA WATSON, an individual,

    Plaintiffs,

  v.

ASBESTOS DEFENDANTS, *et al.*,

    Defendants.

No. C 15-00241 WHA

**ORDER TO SHOW CAUSE**

On December 24, defendants Syd Carpenter, Marine Contractor, Inc., and Ingersoll Rand Company filed motions for summary judgment (Dkt Nos. 153, 155). Plaintiffs' response was due January 7. No response was filed. By **JANUARY 13**, plaintiffs shall **SHOW CAUSE** why they did not respond and shall file a response to these motions. Failure to respond may result in dismissal of the case for lack of prosecution.

Dated: January 11, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE