STEPHEN HEALY, ESQ. (CSB #133192)
LAW OFFICE OF STEPHEN HEALY
PMB 332, 1390 N. McDowell Blvd., Suite G
Petaluma, CA  94954
(707)772-5496 Office
(707)676-8648 Fax
sjh@stephenhealy.com

SARA MORTON, ESQ. (Admitted *Pro Hac Vice*)
HEARD ROBINS CLOUD LLP
2000 West Loop South, 22nd Floor
Houston, TX  77027
(713)650-1200 Tel.
(713)650-1400 Fax
icloud@heardrobins.com
smorton@heardrobins.com

Attorneys for Plaintiffs
PATRICIA J. COVEY-HINZO, individually and as successor in interest to GILBERT E. HINZO, Deceased, ALEX HINZO, and FELICIA WATSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA J. COVEY-HINZO, individually and as successor in interest to GILBERT E. HINZO, Deceased, ALEX HINZO, an individual, and FELICIA WATSON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ASBESTOS DEFENDANTS, et al,<br><br>Defendants. | Case No. 3:15-CV-00241-WHA<br><br>~~PROPOSED~~ **ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT WARREN PUMPS LLC**<br><br>Trial Date: April 18, 2016 |

Order on                                                -1-
STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO HARSCO CORPORATION

4827-4389-2268.2
032631-000307

**~~PROPOSED~~ ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO WARREN PUMPS, LLC**

After considering the parties' Stipulation of Dismissal without Prejudice as to WARREN PUMPS, LLC the Court **DISMISSES WITHOUT PREJUDICE** Plaintiffs' claims against WARREN PUMPS, LLC.

This Order pertains only to WARREN PUMPS, LLC, and does not affect Plaintiffs' claims against any other defendant in this case. Each side to bear its own costs.

SIGNED on January 11, 2016.

_____
HON. WILLIAM ~~H.~~ ALSUP
UNITED STATES DISTRICT JUDGE

Order on                                -2-
STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO HARSCO CORPORATION

4827-4389-2268.2
032631-000307