1  STEPHEN HEALY, ESQ. (CSB #133192)
   LAW OFFICE OF STEPHEN HEALY
2  PMB 332, 1390 N. McDowell Blvd., Suite G
   Petaluma, CA  94954
3  (707)772-5496 Office
   (707)676-8648 Fax
4  sjh@stephenhealy.com

5  SARA MORTON, ESQ. (Admitted *Pro Hac Vice*)
   HEARD ROBINS CLOUD LLP
6  2000 West Loop South, 22nd Floor
   Houston, TX  77027
7  (713)650-1200 Tel.
   (713)650-1400 Fax
8  icloud@heardrobins.com
   smorton@heardrobins.com
9

10 Attorneys for Plaintiffs
   PATRICIA J. COVEY-HINZO, individually and as
11 successor in interest to GILBERT E. HINZO,
   Deceased, ALEX HINZO, and FELICIA WATSON
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16 | PATRICIA J. COVEY-HINZO, individually | Case No. 3:15-CV-00241-WHA |
   | and as successor in interest to GILBERT E. | |
17 | HINZO, Deceased, ALEX HINZO, an | **~~PROPOSED~~ ORDER OF DISMISSAL** |
   | individual, and FELICIA WATSON, an | **WITHOUT PREJUDICE AS TO** |
18 | individual, | **DEFENDANT IMO INDUSTRIES INC.** |

19              Plaintiffs,              Trial Date:  April 18, 2016

20     vs.

21 ASBESTOS DEFENDANTS, et al,

22              Defendants.

23

24

25

26

27

28  Order Re:
                                    -1-
    STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO IMO INDUSTRIES, INC.

    4827-4389-2268.2
    032631-000307

**~~PROPOSED~~ ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO IMO INDUSTRIES INC.**

After considering the parties' Stipulation of Dismissal without Prejudice as to IMO Industries Inc., the Court **DISMISSES WITHOUT PREJUDICE** Plaintiffs' claims against IMO Industries Inc.

This Order pertains only to IMO Industries Inc., and does not affect Plaintiffs' claims against any other defendant in this case. Each side to bear its own costs.

SIGNED on ___January 11___, 2016.

_____
HON. WILLIAM ~~H.~~ ALSUP
UNITED STATES DISTRICT JUDGE

Order re:
-2-
STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO IMO INDUSTRIES INC.

4827-4389-2268.2
032631-000307