1

2  STEPHEN HEALY, ESQ. (CSB #133192)
   LAW OFFICE OF STEPHEN HEALY
3  PMB 332, 1390 N. McDowell Blvd., Suite G
   Petaluma, CA  94954
4  (707)772-5496 Office
   (707)676-8648 Fax
5  sjh@stephenhealy.com

6  SARA MORTON, ESQ. (Admitted *Pro Hac Vice*)
   HEARD ROBINS CLOUD LLP
7  2000 West Loop South, 22nd Floor
   Houston, TX  77027
8  (713)650-1200 Tel.
   (713)650-1400 Fax
9  icloud@heardrobins.com
   smorton@heardrobins.com
10

11 Attorneys for Plaintiffs
   PATRICIA J. COVEY-HINZO, individually and as
12 successor in interest to GILBERT E. HINZO,
   Deceased, ALEX HINZO, and FELICIA WATSON
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  PATRICIA J. COVEY-HINZO, individually and as successor in interest to GILBERT E. HINZO, Deceased, ALEX HINZO, an individual, and FELICIA WATSON, an individual,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>ASBESTOS DEFENDANTS, et al,<br><br>                    Defendants. | Case No. 3:15-CV-00241-WHA<br><br>~~PROPOSED~~ **ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT HARSCO CORPORATION**<br><br>Trial Date:  April 18, 2016 |

ORder re:                              -1-
STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO HARSCO CORPORATION

4827-4389-2268.2
032631-000307

1  **~~PROPOSED~~ ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO HARSCO CORPORATION**

After considering the parties' Stipulation of Dismissal without Prejudice as to HARSCO CORPORATION, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiffs' claims against HARSCO CORPORATION

This Order pertains only to HARSCO CORPORATION, and does not affect Plaintiffs' claims against any other defendant in this case.  Each side to bear its own costs.

SIGNED on  January 12 , 2016.

_____
HON. WILLIAM ~~H.~~ ALSUP
UNITED STATES DISTRICT JUDGE

Order re:
-2-
STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO HARSCO CORPORATION

4827-4389-2268.2
032631-000307