1  STEPHEN HEALY, ESQ. (CSB #133192)
   LAW OFFICE OF STEPHEN HEALY
2  PMB 332, 1390 N. McDowell Blvd., Suite G
   Petaluma, CA  94954
3  (707)772-5496 Office
   (707)676-8648 Fax
4  sjh@stephenhealy.com

5  SARA MORTON, ESQ. (Admitted *Pro Hac Vice*)
   HEARD ROBINS CLOUD LLP
6  2000 West Loop South, 22nd Floor
   Houston, TX  77027
7  (713)650-1200 Tel.
   (713)650-1400 Fax
8  icloud@heardrobins.com
   smorton@heardrobins.com

9

10  Attorneys for Plaintiffs
    PATRICIA J. COVEY-HINZO, individually and as
11  successor in interest to GILBERT E. HINZO,
    Deceased, ALEX HINZO, and FELICIA WATSON

12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  PATRICIA J. COVEY-HINZO, individually and as successor in interest to GILBERT E. HINZO, Deceased, ALEX HINZO, an individual, and FELICIA WATSON, an individual, | Case No. 3:15-CV-00241-WHA |
| 17 | ~~PROPOSED~~ **ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT INGERSOLL RAND COMPANY** |
| 18 | |
| 19                          Plaintiffs, | Trial Date:  April 18, 2016 |
| 20          vs. | |
| 21  ASBESTOS DEFENDANTS, et al, | |
| 22                          Defendants. | |
| 23 | |

24

25

26

27

28  Order re:                                        -1-
    STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO HARSCO CORPORATION

4827-4389-2268.2
032631-000307

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ~~PROPOSED~~ ORDER ON STIPULATION OF DISMISSAL
## WITHOUT PREJUDICE AS TO INGERSOLL RAND COMPANY

After considering the parties' Stipulation of Dismissal without Prejudice as to Ingersoll Rand Company the Court **DISMISSES WITHOUT PREJUDICE** Plaintiffs' claims against Ingersoll Rand Company.

This Order pertains only to Ingersoll Rand Company and does not affect Plaintiffs' claims against any other defendant in this case.  Each side to bear its own costs.

SIGNED on __January 12_____, 2016.


_____

HON. WILLIAM ~~H.~~ ALSUP

UNITED STATES DISTRICT JUDGE

OIrder Re:                                    -2-
STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO HARSCO CORPORATION

4827-4389-2268.2
032631-000307