STEPHEN HEALY, ESQ. (CSB #133192)
LAW OFFICE OF STEPHEN HEALY
PMB 332, 1390 N. McDowell Blvd., Suite G
Petaluma, CA  94954
(707)772-5496 Office
(707)676-8648 Fax
sjh@stephenhealy.com

SARA MORTON, ESQ. (Admitted *Pro Hac Vice*)
HEARD ROBINS CLOUD LLP
2000 West Loop South, 22nd Floor
Houston, TX  77027
(713)650-1200 Tel.
(713)650-1400 Fax
icloud@heardrobins.com
smorton@heardrobins.com

Attorneys for Plaintiffs
PATRICIA J. COVEY-HINZO, individually and as
successor in interest to GILBERT E. HINZO,
Deceased, ALEX HINZO, and FELICIA WATSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA J. COVEY-HINZO, individually and as successor in interest to GILBERT E. HINZO, Deceased, ALEX HINZO, an individual, and FELICIA WATSON, an individual,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>ASBESTOS DEFENDANTS, et al,<br><br>                    Defendants. | Case No. 3:15-CV-00241-WHA<br><br>~~PROPOSED~~ **ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT VIAD CORP., AS ALLEGED SUCCESSOR TO GRISCOM-RUSSELL COMPANY**<br><br>Trial Date:  April 18, 2016 |

```
Order re:
```
                                   -1-
STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO HARSCO CORPORATION

4827-4389-2268.2
032631-000307

1

2

3
### ~~PROPOSED~~ ORDER ON STIPULATION OF DISMISSAL
### WITHOUT PREJUDICE AS TO INGERSOLL-RAND COMPANY

4

5

6
After considering the parties' Stipulation of Dismissal without Prejudice as to Viad Corp.,

7
As Alleged Successor to Griscom-Russell Company the Court **DISMISSES WITHOUT**

8
**PREJUDICE** Plaintiffs' claims against Viad Corp., As Alleged Successor to Griscom-Russell

9
Company.

10
This Order pertains only to Viad Corp., As Alleged Successor to Griscom-Russell

11
Company and does not affect Plaintiffs' claims against any other defendant in this case. Each

12
side to bear its own costs.

13

14

15
SIGNED on ___January 25_____, 2016.

16

17

18
_____

HON. WILLIAM H. ALSUP

19
UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28
Order re:

STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO HARSCO CORPORATION

4827-4389-2268.2
032631-000307