STEPHEN HEALY, ESQ. (CSB #133192)
LAW OFFICE OF STEPHEN HEALY
PMB 332, 1390 N. McDowell Blvd., Suite G
Petaluma, CA  94954
(707)772-5496 Office
(707)676-8648 Fax
sjh@stephenhealy.com

SARA MORTON, ESQ. (Admitted *Pro Hac Vice*)
HEARD ROBINS CLOUD LLP
2000 West Loop South, 22nd Floor
Houston, TX  77027
(713)650-1200 Tel.
(713)650-1400 Fax
icloud@heardrobins.com
smorton@heardrobins.com

Attorneys for Plaintiffs
PATRICIA J. COVEY-HINZO, individually and as successor in interest to GILBERT E. HINZO, Deceased, ALEX HINZO, and FELICIA WATSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA J. COVEY-HINZO, individually and as successor in interest to GILBERT E. HINZO, Deceased, ALEX HINZO, an individual, and FELICIA WATSON, an individual,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>ASBESTOS DEFENDANTS, et al,<br><br>                    Defendants. | Case No. 3:15-CV-00241-WHA<br><br>~~PROPOSED~~ **ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT VIAD CORP., AS ALLEGED SUCCESSOR TO GRISCOM-RUSSELL COMPANY**<br><br>Trial Date:  April 18, 2016 |

Order re:

-1-

STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO VIAD CORP., AS ALLEGED SUCCESSOR TO GRISCOM-RUSSELL COMPANY

4827-4389-2268.2
032631-000307

### ~~PROPOSED~~ ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO VIAD CORP., AS ALLEGED SUCCESSOR TO GRISCOM-RUSSELL COMPANY

After considering the parties' Stipulation of Dismissal without Prejudice as to Viad Corp., As Alleged Successor to Griscom-Russell Company the Court **DISMISSES WITHOUT PREJUDICE** Plaintiffs' claims against Viad Corp., As Alleged Successor to Griscom-Russell Company.

This Order pertains only to Viad Corp., As Alleged Successor to Griscom-Russell Company and does not affect Plaintiffs' claims against any other defendant in this case. Each side to bear its own costs.

SIGNED on ___January 27___, 2016.

_____
HON. WILLIAM ~~H.~~ ALSUP
UNITED STATES DISTRICT JUDGE