IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA J. CONVEY-HINZO, individually and as successor in interest to GILBERT E. HINZO, Deceased, ALEX HINZO, an individual, and FELICIA WATSON, an individual,

    Plaintiffs,

  v.

ASBESTOS DEFENDANTS, et al.,

    Defendants.

No. C 15-00241 WHA

**ORDER RE SETTLEMENT**

The January 29, 2016, minutes referenced a settlement of this matter involving all defendants. The Court wishes to caution the parties that all deadlines and hearings remain active and in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: March 1, 2016.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE