IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA J. CONVEY-HINZO,
individually and as successor in interest to
GILBERT E. HINZO, Deceased, ALEX
HINZO, an individual, and FELICIA
WATSON, an individual,

    Plaintiffs,

  v.

ASBESTOS DEFENDANTS, et al.,

    Defendants.

No. C 15-00241 WHA

**ORDER TO SHOW CAUSE**

    The minute entry for the settlement proceedings held before Judge Joseph Spero on February 11 stated that all claims against all defendants were resolved and that all settlement agreements would be fully executed within one week (Dkt. No. 199). On March 1, an order reminded the parties that all deadlines and hearings remained in place until a dismissal is filed (Dkt. No. 200). The parties have yet to file a dismissal. If the parties have not filed a dismissal by **TOMORROW, MARCH 22 AT NOON**, the parties shall appear for a further case management conference on **WEDNESDAY, MARCH 23 AT 9:00 A.M.** to show cause why the case should not be dismissed for lack of prosecution.

    **IT IS SO ORDERED.**

Dated: March 21, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE