1  STEPHEN HEALY, ESQ. (CSB #133192)
   LAW OFFICE OF STEPHEN HEALY
2  PMB 332, 1390 N. McDowell Blvd., Suite G
   Petaluma, CA  94954
3  (707) 772-5496 Office
   (707) 676-8648 Fax
4  sjh@stephenhealy.com

5  SARA MORTON, ESQ. (Admitted *Pro Hac Vice*)
   HEARD ROBINS CLOUD LLP
6  2000 West Loop South, 22nd Floor
   Houston, TX  77027
7  (713) 650-1200 Tel.
   (713) 650-1400 Fax
8  icloud@heardrobins.com
   smorton@heardrobins.com
9

10 Attorneys for Plaintiffs
   PATRICIA J. COVEY-HINZO, individually and as
11 successor in interest to GILBERT E. HINZO,
   Deceased, ALEX HINZO, and FELICIA WATSON
12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  PATRICIA J. COVEY-HINZO, individually and as successor in interest to GILBERT E. HINZO, Deceased, ALEX HINZO, an individual, and FELICIA WATSON, an individual,<br><br>19             Plaintiffs,<br><br>20     vs.<br><br>21  ASBESTOS DEFENDANTS, et al,<br><br>22             Defendants. | Case No. 3:15-CV-00241-WHA<br><br>**~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY**<br><br>Trial Date:  April 18, 2016 |

23
24
25
26
27
28  Order of                              -4-
    DISMISSAL WITH PREJUDICE AS TO DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY

    4827-4389-2268.2
    032631-000307

# ~~PROPOSED~~ ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE AS TO METROPOLITAN LIFE INSURANCE COMPANY

After considering the parties' Stipulation of Dismissal with Prejudice as to METROPOLITAN LIFE INSURANCE COMPANY, the Court **DISMISSES WITH PREJUDICE** Plaintiffs' claims against METROPOLITAN LIFE INSURANCE COMPANY.

This Order pertains only to METROPOLITAN LIFE INSURANCE COMPANY, and does not affect Plaintiffs' claims against any other defendant in this case. Each side to bear its own costs.

SIGNED on __March 22_____, 2016.

_____
HON. WILLIAM ~~H.~~ ALSUP
UNITED STATES DISTRICT JUDGE