STEPHEN HEALY, ESQ. (CSB #133192)
LAW OFFICE OF STEPHEN HEALY
PMB 332, 1390 N. McDowell Blvd., Ste. G
Petaluma, CA 94954
(707) 772-5496 office
(707) 676-8648 fax
sjh@stephenhealy.com

SARA MORTON, ESQ. (Admitted Pro Hac Vice)
HEARD ROBINS CLOUD LLP
2000 West Loop South, 22nd Floor
Houston, Texas 77027
(713) 650-1200
(713) 650-1400 facsimile
icloud@heardrobins.com
jspillane@heardrobins.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA J. COVEY-HINZO, et al.,<br><br>                Plaintiffs,<br><br>        vs.<br><br>CRANE CO., et al.,<br><br>                Defendants. | Case No. C 15-00241 WHA (Lead Case)<br>Case No. C 15-00274 WHA (Consolidated Case)<br><br>Assigned to:    Hon. William H. Alsup<br>Courtroom:     8<br><br>Assigned to:    Magistrate Judge<br>                      Jacqueline Scott Corley for<br>                      Settlement Purposes<br>Department:    F<br><br>**[PROPOSED] ORDER RE: DISMISSAL<br>WITH PREJUDICE OF DEFENDANT<br>CROWN CORK & SEAL COMPANY, INC.**<br><br>Action Filed:   December 4, 2014<br>Trial:            April 18, 2016 |

1    Pursuant to the stipulation of the parties, it is hereby ordered that the above-captioned

2   action is dismissed, with prejudice, each party to bear their own fees and costs, as to Defendant

3   Crown Cork & Seal Company, Inc.,          IT IS SO ORDERED.

4

5   Signed:        _March 22_____, 2016

6

7                                          _____
                                           HON. WILLIAM H. ALSUP

8                                          UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE OF
DEFENDANT CROWN CORK & SEAL COMPANY, INC.