```
 1  STEPHEN HEALY, ESQ. (CSB #133192)
    LAW OFFICE OF STEPHEN HEALY
 2  PMB 332, 1390 N. McDowell Blvd., Suite G
    Petaluma, CA  94954
 3  (707)772-5496 Office
    (707)676-8648 Fax
 4  sjh@stephenhealy.com

 5  SARA MORTON, ESQ. (Admitted Pro Hac Vice)
    HEARD ROBINS CLOUD LLP
 6  2000 West Loop South, 22nd Floor
    Houston, TX  77027
 7  (713)650-1200 Tel.
    (713)650-1400 Fax
 8  icloud@heardrobins.com
    smorton@heardrobins.com
 9

10  Attorneys for Plaintiffs
    PATRICIA J. COVEY-HINZO, individually and as
11  successor in interest to GILBERT E. HINZO,
    Deceased, ALEX HINZO, and FELICIA WATSON
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA J. COVEY-HINZO, individually and as successor in interest to GILBERT E. HINZO, Deceased, ALEX HINZO, an individual, and FELICIA WATSON, an individual, <br><br>  Plaintiffs, <br><br> vs. <br><br> ASBESTOS DEFENDANTS, et al, <br><br>  Defendants. | Case No. 3:15-CV-00241-WHA <br><br> ~~PROPOSED~~ **ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ITT CORPORATION** <br><br> Trial Date:  April 18, 2016 |

-4-
Order re DISMISSAL WITH PREJUDICE AS TO DEFENDANT ITT CORPORATION

4827-4389-2268.2
032631-000307

### ~~PROPOSED~~ ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ITT CORPORATION

After considering the parties' Stipulation of Dismissal with Prejudice as to ITT CORPORATION, the Court **DISMISSES WITH PREJUDICE** Plaintiffs' claims against ITT CORPORATION.

This Order pertains only to ITT CORPORATION, and does not affect Plaintiffs' claims against any other defendant in this case.  Each side to bear its own costs.

SIGNED on ___March 22_____, 2016.

_____
HON. WILLIAM ~~H.~~ ALSUP
UNITED STATES DISTRICT JUDGE

-5-
Order re   DISMISSAL WITH PREJUDICE AS TO DEFENDANT ITT CORPORATION

4827-4389-2268.2
032631-000307