1  FRANK D. POND (Bar No. 126191)
   KEVIN D. JAMISON (Bar No. 222105)
2  kjamison@pondnorth.com
   GAVIN D. WHITIS (Bar No. 184133)
3  gwhitis@pondnorth.com
   ERIN N. EMPTING (Bar No. 272130)
4  Eempting@pondnorth.com
   POND NORTH LLP
5  350 South Grand Avenue, Suite 3300
   Los Angeles, CA  90071
6  Telephone:  (213) 617-6170
   Facsimile:  (213) 623-3594
7
   Attorneys for Defendant FMC Corporation on
8  behalf of its former Northern Pump business

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13 | PATRICIA J. COVEY-HINZO, individually | Case No: 3:15-cv-00241-WHA
   | and as successor in interest to GILBERT E. |
14 | HINZO, Deceased, *et al.*, | [~~PROPOSED~~] **ORDER OF DISMISSAL OF DEFENDANT FMC CORPORATION WITHOUT PREJUDICE**
15 | Plaintiff, |
16 | vs. | Judge:        Hon. William Alsup
   |     | Department:  8
17 | ASBESTOS DEFENDANTS, *et al.*, |
   |                                  | Removal Filed: January 20, 2015
18 | Defendants. | Case Filed:    December 4, 2014
   |             | Trial Date:    April 18, 2016
19

20

21       Pursuant to stipulation of the parties, **IT IS SO ORDERED** that Plaintiffs' Patricia J. Covey-

22 Hinzo, individually and as successor-in-interest to Gilbert E. Hinzo, Deceased, Alex Hinzo, an

23 individual ("Plaintiffs") Complaint as to defendant FMC Corporation on behalf of its former

24 ///

25 ///

26 ///

27 ///

28 ///

---

[~~PROPOSED~~] ORDER OF DISMISSAL OF DEFENDANT FMC CORPORATION WITHOUT PREJUDICE
4710-0615:4817-2751-0575.v1

1  Northern Pump business ("Northern") is hereby **DISMISSED, without prejudice**, each party to
2  bear its own costs.

3  **IT IS SO ORDERED**

5  Dated:  March 22, 2016.

   _____
   HONORABLE WILLIAM ALSUP
   UNITED STATES DISTRICT COURT

2

[PROPOSED] ORDER OF DISMISSAL OF DEFENDANT FMC CORPORATION WITHOUT PREJUDICE
4710-0615:4817-2751-0575.v1