1  FRANK D. POND (Bar No. 126191)
   KEVIN D. JAMISON (Bar No. 222105)
2  kjamison@pondnorth.com
   GAVIN D. WHITIS (Bar No. 184133)
3  gwhitis@pondnorth.com
   ERIN N. EMPTING (Bar No. 272130)
4  Eempting@pondnorth.com
   POND NORTH LLP
5  350 South Grand Avenue, Suite 3300
   Los Angeles, CA 90071
6  Telephone: (213) 617-6170
   Facsimile: (213) 623-3594
7
   Attorneys for Defendant CBS Corporation, a
8  Delaware corporation, f/k/a Viacom Inc.,
   successor by merger to CBS Corporation, a
9  Pennsylvania corporation, f/k/a Westinghouse
   Electric Corporation
10

11             **UNITED STATES DISTRICT COURT**

12           **NORTHERN DISTRICT OF CALIFORNIA**

13                **SAN FRANCISCO DIVISION**

14  PATRICIA J. COVEY-HINZO, individually    Case No: 3:15-cv-00241-WHA
    and as successor in interest to GILBERT E.
15  HINZO, Deceased, *et al.*,              **[PROPOSED] ORDER OF DISMISSAL OF**
                                            **DEFENDANT CBS CORPORATION**
16             Plaintiff,                   **WITHOUT PREJUDICE**

17        vs.                               Judge:        Hon. William Alsup
                                            Department:   8
18  ASBESTOS DEFENDANTS, *et al.*,
                                            Removal Filed: January 20, 2015
19             Defendants.                  Case Filed:    December 4, 2014
                                            Trial Date:    April 18, 2016
20

21

22        Pursuant to stipulation of the parties, **IT IS SO ORDERED** that Plaintiffs' Patricia J. Covey-

23  Hinzo, individually and as successor-in-interest to Gilbert E. Hinzo, Deceased, Alex Hinzo, an

24  individual ("Plaintiffs") Complaint as to defendant CBS Corporation, a Delaware corporation, f/k/a

25  Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a

26  ///

27  ///

28  ///

                                            1

1  Westinghouse Electric Corporation ("Westinghouse") is hereby **DISMISSED, without prejudice**,

2  each party to bear its own costs.

3       **IT IS SO ORDERED**

4

5  Dated: _____ March 22, 2016.

6                                    HONORABLE WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER OF DISMISSAL OF DEFENDANT CBS CORPORATION WITHOUT PREJUDICE
4520-4277:4842-2639-8255.v1