IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA J. COVEY-HINZO, individually and as successor in interest to GILBERT E. HINZO, Deceased, ALEX HINZO, an individual, and FELICIA WATSON, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASBESTOS DEFENDANTS, et al.,<br><br>    Defendants. | No. C 15-00241 WHA<br><br>**ORDER VACATING HEARING AND CLOSING CASE** |

    All claims in this action have been dismissed (Dkt. Nos. 71, 92, 135, 179, 180, 185, 186, 187, 188, 198, 203, 207, 209, 210, 211). The hearing on the order to show cause scheduled for tomorrow is hereby **VACATED**. The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: March 22, 2016.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE